

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00367-CV

---

STEPHEN ZACHARY MORRISS, APPELLANT

V.

MAISIE M. ALFORD, APPELLEE

On Appeal from the County Court at Law No. 3
Lubbock County, Texas
Trial Court No. DC-2024-FM-1980, Honorable Stephen L. Johnson, Presiding

April 15, 2025

MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Stephen Zachary Morriss, appeals from the trial court's *Protective Order*.  Now pending before this Court is the parties' "Joint Motion for Agreed Disposition," in which they inform the Court that a settlement has been reached.  Pursuant to their settlement agreement, the parties request that we render judgment reversing the trial court's protective order and denying Appellee Maisie M. Alford's application for protective order.  To effectuate the parties' agreement, we grant the motion, reverse the trial court's protective order, and deny Alford's application for protective order.  *See* TEX. R. APP. P.

42.1(a)(2)(A).  As requested by the parties, costs shall be taxed against the parties who incurred them.  *See* TEX. R. APP. P. 42.1(d).

Per Curiam